UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 23, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH E. ROMBY,

    Defendant.

Case No.  2:21-cr-00146-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KEITH E. ROMBY, Case No. 2:21-cr-00146-TLN  Charge 18 U.S.C. 3606, from custody for the following reasons:

| | |
|---|---|
| X | Release on Previously Imposed Supervised Release Conditions |
| ___ | Bail Posted in the Sum of $ _____ |
| ___ | Unsecured Appearance Bond $ _____ |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| ___ | (Other): |

Issued at Sacramento, California on May 23, 2022 at 2:30 p.m.

*/s/ Jeremy D. Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE