UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

**Honorable Troy L. Nunley**  RE:  **Keith E. Romby, III**
**United States District Judge**         **Docket Number:  0972 2:21CR00146-1**
**Sacramento, California**               **VIOLATION PETITION DISMISSAL**

Your Honor:

The above-named offender is scheduled to appear before Your Honor for an Admit/Deny Hearing on November 17, 2022, at 9:30 a.m. The violation petition alleges the person under supervision has violated the following conditions: Unlawful Use of Controlled Substance (marijuana), Failure to Participate in Drug Testing as Directed, and Unlawful Possession of a Controlled Substance (marijuana).

Subsequent to the filing of the violation petition, dated on May 13, 2022, Mr. Romby was placed on high frequency urinalysis testing. He has submitted negative drug tests since July 2022. He continues to attend and participate in sex offender counseling and secured a seasonal job position at United Parcel Service (UPS) in West Sacramento, California. He is progressing well on supervision and adjusting to fatherhood as a new parent to his newborn son. The probation officer will continue to monitor any substance abuse, especially for marijuana, through drug testing. As such, the undersigned is recommending the violation petition, that is pending, be taken off the Court's calendar for November 17, 2022, and dismissed. Both Defense and Government counsel have been advised and agree with this dismissal.

It is further ordered that Mr. Keith Romby's personal property seized on April 26, 2022, specifically marijuana, to be appropriately disposed of by the U.S. Probation Office.

RE: **Keith E. Romby, III**
Docket Number:   0972 2:21CR00146-1
<u>**VIOLATION PETITION DISMISSAL**</u>

| Respectfully submitted, | Reviewed by, |
|---|---|
| *[signature]* | *[signature]* |
| **Paul Mamaril**<br>**Sr. United States Probation Officer** | **Ronnie Preap**<br>**Supervising United States Probation Officer** |

**Dated:**   November 8, 2022
Sacramento, California

## ORDER OF THE COURT

**THE COURT ORDERS:**

    X   Approved    ☐   Disapproved

*[signature]*

| November 8, 2022 | |
|---|---|
| **Date** | **Troy L. Nunley**<br>**United States District Judge** |

Attachment(s)

cc:   Elliot C. Wong
    Assistant United States Attorney

    Rachelle Barbour
    Defense Counsel

2